UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

Damon Wheeler

                    Plaintiff,

v.

Artola et al

                    Defendant(s).
------------------------------------------------------x

**SCHEDULING ORDER**

16 CV 7440 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/17

This matter has been scheduled before the Honorable Vincent L. Briccetti, United States District Judge, for a **telephone conference on 3-15-17 at 11:30 a.m.** Defense counsel shall appear in person, and plaintiff shall appear by telephone.

**Re:    *Incarcerated Prisoners***

    *Incarcerated plaintiff(s) shall participate in the conference by telephone (in lieu of a writ of appearance). It is the responsibility of counsel for defendant(s) to make prior arrangements with the appropriate facility to have plaintiff available by telephone.*

Dated: January 27, 2017
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, NY 10601
(914) 390-4166

cc:   Damon Wheeler, Plaintiff

       Warden, Westchester County D.O.C.