UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMON WHEELER,

                Plaintiff,

   -against-                                    16 CIV 07440 (LMS)

DET. AHMED ARTOLA, et al.,                      SUBPOENA IN A
                                                          CIVIL CASE
                          Defendants.
------------------------------------------------------------------X

TO:   DIVISION OF CRIMINAL JUSTICE SERVICES
        80 S. Swan Street, 8th Floor, Albany, New York 12210

      YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below:

All records in documentary or electronic form pertaining to the arrest of Damon Wheeler on April 5, 2014 by the City of Middletown Police.

| PLACE | DATE AND TIME |
|---|---|
| 6 North Street, Middletown, NY 10940 | January 5, 2018 at 10:00 a.m. |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature: Alex Smith]* | 12/13/2017 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:

ALEX SMITH, ESQ., Attorney for Middletown defendants
6 North Street, Middletown, New York 10940; (845) 344-4322
asmith22@hvc.rr.com

SO ORDERED:
*[signature]*
HON. LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE

December 13, 2017