Damon Wheeler #78063054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

May 25, 2018
Re: Wheeler v. Artola, et al., #16-cv-7440 (LMS)
Objections to Tainted Evidence

Clerk, U.S. District Court, S.D.N.Y.
300 Quarropas St.
White Plains, N.Y. 10601



Your Honor:

   Plaintiff writes this letter stating the following objections in response to the Reply Declarations of Attorney Alex Smith and Defendant Artola, and the Affidavit of Karen Amundson, who claims to be Plaintiff's Legal Aid Attorney regarding the April 5, 2014 arrest.

1. The Reply Declaration of Alex Smith, dated May 7, 2018 contains a document labeled Exhibit B (Certificate of Disposition) which differs from the Certificate of Disposition that he supplied to the Court during the Disclosure/Discovery stage, which demonstrates that

-1-

All charges stemming from the April 5, 2014 arrest were dismissed in favor of the Plaintiff. The document submitted by Alex Smith in his Reply Declaration is tainted, and accordingly, plaintiff can sue due to tainted evidence. See Caldwell v. City of San Francisco, 2018 BL 167835, 9th Cir. No. 16-15473, 5/11/18.

2. The Reply Declaration of Defendant Artola, Exhibit I, contains a document depicting contraband that Attorney Alex Smith says he recently "found" in the evidence locker. There is no lab report attached to this recently found document, nor was this information submitted during disclosure, so this tainted document should hold no weight in the courts decision on Summary Judgment.

3. The Affidavit of Karen Amundson shows no evidence of court transcripts demonstrating a detailed guilty plea entered by plaintiff on June 20, 2014 or anytime thereafter. Also, Ms. Amundson should not be allowed to offer testimony against plaintiff due to Attorney/client priviledge, since she claims to have been plaintiff's attorney regarding the April 5, 2014 arrest.

Dated: May 25, 2018
Brooklyn, N.Y.

Damon Wheeler #78063054
M.D.C. - P.O. Box 329002
Brooklyn, N.Y. 11232

-2-

CR-02027-14 – UCS-540 – 01/24/2017

Page 1 of 1



# MIDDLETOWN CITY COURT

2 James Street, Middletown, NY 10940
Phone: (845) 476-3630 Fax: (845) 343-5737

UCS-540

Present: Hon. Steven W. Brockett

| The People of the State of New York | Criminal Disposition Report | |
|---|---|---|
| vs. | Docket Number: | CR-02027-14 |
| | CJTN: | 066551091H |
| Damon C. Wheeler | NYSID: | 05335319J |
| 24 Mila Dr, Middletown, NY 10940 | Motorist ID: | 592549540 |
| AKA(s): Ross | | |
| Sex: Male  Race: White  DOB: 11/07/1969 | EYO: N | YO: N |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 04/05/2014 | | Middletown City Police Department | | NY0350100 | CM-00908-14 | CM-01737-14 |

| # | | Charge | | Level | Date | Disposition | | Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | | PL 220.16 01 Cpcs-3rd:Narc Drug Int/Sell | | BF | 09/22/2014 | Reduced to (Count #7) | | 160.50 |
| 2 | | PL 195.05 Obstruct Governmentl Admin-2nd | | AM | 09/22/2014 | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | | 160.50 |
| 3 | | PL 205.30 Resisting Arrest | | AM | 09/22/2014 | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | | 160.50 |
| 4 | FRT1004HKB | VTL 1227 01 Drinking Alcohol In M/V On Hwy | | I | 09/22/2014 | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | | 160.50 |
| 5 | FRT1004FKB | VTL 0375 2A1 Equip Vio-No/Inadequate Lights | | I | 09/22/2014 | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | | 160.50 |
| 6 | FRT1004GKB | VTL 0375 2A4 No/Inadequate Plate Lamp | | I | 09/22/2014 | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | | 160.50 |
| 7 | | PL 220.03 Crim Poss Contrl Subst-7th | | AM | 09/22/2014 | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | | 160.50 |

**ATTENTION:** If charges in the above docket are indicated as SEALED, please process your records accordingly.

Dated: **January 24, 2017**

Chief Clerk/Clerk of the Court

Damon Wheeler # 78063-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

U.S. POSTAGE PAID
BROOKLYN, NY
11232
JUN 04 18
AMOUNT
$0.00
R2304M114522-08
1000   10601

RECEIVED
JUN 06 2018
U.S.D.C.
WP

Clerk, U.S. District Court, S.D.N.Y.
300 Quarropas St.
White Plains, N.Y. 10601

FILED
JUN 06 2018
USDC WP SDNY

USM WP SDNY