Damon Wheeler #78063054
F.C.I. Loretto
P.O. Box 1000
Loretto, PA. 15940

March 19, 2019
Re: Wheeler v. Artola, et Al., #16-CV-7440 (LMS)
Wheeler v. Kolek, et Al., #16-CV-7441 (LMS)
Wheeler v. DeYoung, et Al., #16-CV-8857 (VB-LMS)
Wheeler v. Slanovec, et Al., #16-CV-9065 (KMK-LMS)

Clerk, U.S. District Court
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-25-19

Your Honor:

This letter is to notify this court of my change of address — listed above. Thank you.

Respectfully,

Damon Wheeler

CC: Alex Smith, Esq.

Steven Schulman, A.U.S.A.G.

