**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WHEELER,**

                        **Plaintiff,**

            *- against -*

**ARTOLA, et al.,**

                        **Defendants.**

**16 Civ. 7440 (LMS)**

**WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

### THE PRESIDENT OF THE UNITED STATES

TO:        Warden of FCI Loretto, 772 Saint Joseph Street, Loretto, Pennsylvania
            15940 or His Assistant;

                                    and

            THE FEDERAL BUREAU OF PRISONS;
                                    and

            THE UNITED STATES MARSHAL, Charles L. Brieant, Jr. Federal Building and
            United States Courthouse, 300 Quarropas Street, White Plains, New York 10601
            or His Assistant.

GREETINGS:

        We command that the Warden of FCI Loretto shall have the body of **DAMON WHEELER 78063-054**, who is now incarcerated at the Federal Correctional Institution Loretto in the custody of the Bureau of Prisons, brought under safe and secure conduct to the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, on **Monday, July 8, 2019, at 10:00AM,** for a trial before United States Magistrate Judge Lisa Margaret Smith; and that DAMON WHEELER shall be allowed to have his legal papers and things transported with him for purposes of the trial; and that the UNITED STATES MARSHAL shall provide such suitable quarters and provide for the safekeeping, care, and subsistence of DAMON WHEELER as is necessary until the conclusion of the trial on this matter; and, thereafter, upon conclusion of this trial by the Court, that the UNITED STATES MARSHAL shall return DAMON WHEELER under safe and secure custody to FCI Loretto; and that the FEDERAL BUREAU OF PRISONS and THE UNITED STATES MARSHAL shall each bear their respective costs of implementation of the terms of this writ. It is further

**ORDERED**, that the UNITED STATES MARSHAL shall provide all necessary security for the custody of DAMON WHEELER as long as DAMON WHEELER is in the temporary custody of the Court.

**WITNESS** the Honorable Colleen McMahon, Chief Judge of the United States District Court of the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, this 3rd day of April 2019.

Clerk, United States District Court
Southern District of New York

April 8, 2019

**RUBY J. KRAJICK, CLERK**

The within writ is hereby allowed.

UNITED STATES MAGISTRATE JUDGE

4/3/2019