RECEIVED
SDNY PRO SE OFFICE
2019 MAY 13 PM 2:31
S.D. OF N.Y.

Damon Wheeler #78063054
M.D.C. Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

May 8, 2019

Re: Wheeler v. Artola #16-CV-7440 (LMS)
Wheeler v. Kolek #16-CV-7441
Wheeler v. DeYoung #16-CV-8857
Wheeler v. Slanovec #16-CV-9065

Clerk, U.S. District Court, SDNY
500 Pearl St.
New York, N.Y. 10007

Your Honor:

This letter is to inform you of my change of address listed at the top of this page.

I would also like to inform/update you on the status of my criminal appeal regarding the remaining claims in the matter of Wheeler v. DeYoung #16-CV-8857. This criminal matter is still in the hands of the Court of Appeals.

Respectfully,

Damon Wheeler

CC: Alex Smith, Esq.
Steven N. Schulman, A.A.G.

Damon Wheeler #78063054
M.D.C. Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

Pro Se

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 13  PM 2:31
S.D. OF N.Y.

Clerk, U.S. District Court, SDNY
500 Pearl Street
New York, N.Y. 10007

RECEIVED
2019 MAY 10  PM 3:07
CLERK'S OFFICE
S.D.N.Y.





10007-131508